**Order entered January 12, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01618-CV

## HENRY S. MILLER BROKERAGE, LLC, Appellant

## V.

## RUTH MAE SANDERS, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-14901

## ORDER

We **GRANT** appellant's December 29, 2014 motion for an extension of time to file a notice of appeal. The notice of appeal filed on December 29, 2014 is deemed timely for jurisdictional purposes. Pursuant to the accelerated timetable, appellant's brief is due **JANUARY 29, 2015**. *See* TEX. R. APP. P. 38.6(a).

/s/      ELIZABETH LANG-MIERS
JUSTICE